BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
MIGUEL EDUARDO VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR. S-08-212 LKK |
| Plaintiff, | ) ) | |
| | ) | STIPULATION AND |
| | ) | ORDER CONTINUING THE |
| v. | ) | STATUS CONFERENCE FROM |
| | ) | AUGUST 11, 2009  TO OCTOBER |
| MIGUEL EDUARDO VASQUEZ, | ) | 6, 2009 AT 9:15 A.M. |
| | ) | |
| Defendant. | ) | |
| | ) | |

<u>Stipulation</u>

The defendant by and through his attorney, Bruce Locke, and the United States by and through its attorney, Mary Grad, hereby stipulate that the Status Conference for Miguel Vasquez only currently scheduled for August 11, 2009 at 9:15 a.m., should be continued to October 6, 2009 at 9:15 a.m. The reason for the continuance is that the defense has requested that the Probation Office compute Mr. Vasquez's criminal history; that information is necessary for settlement negotiations; and counsel will need time to review that calculation when the calculation is completed. Accordingly, time should be excluded from the Speedy Trial Computation pursuant to Local Code T4 from August 11, 2009 to October 6, 2009. Ms. Grad has authorized Mr. Locke to sign this document for her.

DATED: August 7, 2009               /S/  Bruce Locke
                                    BRUCE LOCKE
                                    Attorney for Miguel Vasquez

1

DATED: August 7, 2009            /S/ Bruce Locke
                                                   For MARY GRAD
                                                   Assistant United States Attorney

<u>Order</u>

For the reasons stated in the parties' stipulation, the Court hereby orders that the status conference scheduled for August 11, 2009, is continued to October 6, 2009, at 9:15 a.m.

The Court further finds that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Therefore, time is excluded from the speedy trial calculation under the Speedy Trial Act from August 11, 2009 until October 6, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4.

IT IS SO ORDERED.

DATED: August 11, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2