BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
MIGUEL EDUARDO VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL EDUARDO VASQUEZ,<br><br>Defendant. | No.  CR. S-08-212 LKK<br><br>STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE FROM OCTOBER 6, 2009  TO NOVEMBER 10, 2009 AT 9:15 A.M. |

<u>Stipulation</u>

The defendant by and through his attorney, Bruce Locke, and the United States by and through its attorney, Mary Grad, hereby stipulate that the Status Conference for Miguel Vasquez only currently scheduled for October 6, 2009 at 9:15 a.m., should be continued to November 10, 2009 at 9:15 a.m. The reason for the continuance is that the defense needs additional time to investigate Mr. Vasquez's criminal history as that history has a substantial impact on his sentencing guidelines and that information is necessary for settlement negotiations.  Accordingly, time should be excluded from the Speedy Trial Computation pursuant to Local Code T4 from October 6, 2009 to November 10, 2009.  Ms. Grad has authorized Mr. Locke to sign this document for her.

DATED: October 2, 2009                              /S/  Bruce Locke
                                                                        BRUCE LOCKE
                                                                        Attorney for Miguel Vasquez

1

DATED: October 2, 2009                              /S/ Bruce Locke
                                                    For MARY GRAD
                                                    Assistant United States Attorney

<u>Order</u>

For the reasons stated in the parties' stipulation, the Court hereby orders that the status conference scheduled for October 6, 2009, is continued to November 10, 2009, at 9:15 a.m.

The Court further finds that defense counsel needs additional time to prepare and that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Therefore, time is excluded from the speedy trial calculation under the Speedy Trial Act from October 6, 2009 until November 10, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4.

IT IS SO ORDERED.

DATED: October 5, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT