BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
MIGUEL EDUARDO VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MIGUEL EDUARDO VASQUEZ,<br><br>　　　　Defendant. | No.  CR. S-08-212 LKK<br><br>STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE FROM NOVEMBER 10, 2009  TO DECEMBER 22, 2009 AT 9:15 A.M. |

<u>Stipulation</u>

The defendant by and through his attorney, Bruce Locke, and the United States by and through its attorney, Mary Grad, hereby stipulate that the Status Conference for Miguel Vasquez only currently scheduled for November 10, 2009 at 9:15 a.m., should be continued to December 22, 2009 at 9:15 a.m. The reason for the continuance is that the defense needs additional time to investigate Mr. Vasquez's criminal history as that history has a substantial impact on his sentencing guidelines and that information is necessary for settlement negotiations.  Accordingly, time should be excluded from the Speedy Trial Computation pursuant to Local Code T4 from November 10, 2009 to December 22, 2009.  Ms. Grad has authorized Mr. Locke to sign this document for her.

DATED: November 6, 2009 　　　　　　　　　/S/  Bruce Locke
　　　　　　　　　　　　　　　　　　　　　　BRUCE LOCKE
　　　　　　　　　　　　　　　　　　　　　　Attorney for Miguel Vasquez

1

DATED: November 6, 2009            /S/ Bruce Locke
                                   For MARY GRAD
                                   Assistant United States Attorney

Order

For the reasons stated in the parties' stipulation, the Court hereby orders that the status conference scheduled for November 10, 2009, is continued to December 22, 2009, at 9:15 a.m.

The Court further finds that defense counsel needs additional time to prepare and that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Therefore, time is excluded from the speedy trial calculation under the Speedy Trial Act from November 10, 2009 until December 22, 2009, pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4.

IT IS SO ORDERED.

DATED:   November 10, 2009

                                   _____
                                   LAWRENCE K. KARLTON
                                   SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT