1  BENJAMIN B. WAGNER
   United States Attorney
2  MARY L. GRAD
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2763

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. 2:08-CR-212-LKK |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| v. ) | DATE |
| ) | |
| MIGUEL EDWARDO VASQUEZ, JR., ) | |
| ) | |
| Defendant. ) | |
| ) | |

It is hereby stipulated between the United States, through its undersigned counsel Assistant U.S. Attorney Mary L. Grad and the defendant Miguel Vasquez, through his undersigned counsel, that the status conference presently set for December 22, 2009 be **continued to January 26, 2010 at 9:15 a.m.**, and placed on the court's calendar for Change of Plea for that date.

Counsel for defendant needs time to review the plea agreement with the defendant.  The parties further stipulate that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161 (h)(8)(B)(iv) (local code T-4) and time, therefore,

1

will be excluded from December 22, 2009 through January 26, 2010.

                                      BENJAMIN B. WAGNER
                                      United States Attorney

Date: December 15, 2009        /s/ Mary L. Grad
                                      By: MARY L. GRAD
                                      Assistant United States Attorney


                                      /s/ Bruce Locke
                                      Counsel for Miguel Vasquez


SO ORDERED.


Date: December 23, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT