1  BRUCE LOCKE (#177787)
   Moss & Locke
2  555 University Avenue, Suite 150
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  Attorneys for
   MIGUEL EDUARDO VASQUEZ
5

6              IN THE UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,      )   No.  CR. S-08-212 LKK
                                  )
9          Plaintiff,              )
                                  )   STIPULATION AND
10                                 )   ORDER CONTINUING THE
       v.                          )   STATUS CONFERENCE FROM
11                                 )   JANUARY 26, 2010  TO MARCH
   MIGUEL EDUARDO VASQUEZ,         )   2, 2010 AT 9:15 A.M.
12                                 )
           Defendant.               )
13  _____)

14                              Stipulation

15     The defendant by and through his attorney, Bruce Locke, and the United States by and

16  through its attorney, Mary Grad, hereby stipulate that the Status Conference for Miguel Vasquez

17  only currently scheduled for January 26, 2010 at 9:15 a.m., should be continued to March 2, 2010

18  at 9:15 a.m. The reason for the continuance is that the defense needs additional time to investigate

19  Mr. Vasquez's criminal history as that history has a substantial impact on his sentencing guidelines

20  and that information is necessary for settlement negotiations.  Accordingly, time should be excluded

21  from the Speedy Trial Computation pursuant to Local Code T4 from January 26, 2010 to March  2,

22  2010.  Ms. Grad has authorized Mr. Locke to sign this document for her.

23

24  DATED: January 20, 2010                    /S/  Bruce Locke
                                              BRUCE LOCKE
25                                            Attorney for Miguel Vasquez

26

27

28

29                                      1

DATED: January 20, 2010            /S/ Bruce Locke
                                               For MARY GRAD
                                               Assistant United States Attorney

## Order

For the reasons stated in the parties' stipulation, the Court hereby orders that the status conference scheduled for January 26, 2010, is continued to March 2, 2010, at 9:15 a.m.

The Court further finds that defense counsel needs additional time to prepare and that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Therefore, time is excluded from the speedy trial calculation under the Speedy Trial Act from January 26, 2010 until March 2, 2010, pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4.

IT IS SO ORDERED.

DATED:        January 21, 2010

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT