BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
MIGUEL EDUARDO VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR. S-08-212 LKK |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | STIPULATION AND |
|  | ) | ORDER CONTINUING THE |
| v. | ) | STATUS CONFERENCE FROM |
|  | ) | MARCH 2, 2010 TO MARCH |
| MIGUEL EDUARDO VASQUEZ, | ) | 30, 2010 AT 9:15 A.M. |
|  | ) |  |
| Defendant. | ) |  |
| _____ | ) |  |

### Stipulation

The defendant by and through his attorney, Bruce Locke, and the United States by and through its attorney, Mary Grad, hereby stipulate that the Status Conference for Miguel Vasquez only currently scheduled for March 2, 2010 at 9:15 a.m., should be continued to March 30, 2010 at 9:15 a.m. The reason for the continuance is that the defense needs additional time to investigate Mr. Vasquez's criminal history as that history has a substantial impact on his sentencing guidelines and that information is necessary for settlement negotiations.  Accordingly, time should be excluded from the Speedy Trial Computation pursuant to Local Code T4 from March 2, 2010 to March 30, 2010.  Ms. Grad has authorized Mr. Locke to sign this document for her.

DATED: March 1, 2010                           /S/  Bruce Locke
                                                                BRUCE LOCKE
                                                                Attorney for Miguel Vasquez

1

DATED: March 1, 2010                              /S/ Bruce Locke
                                                 For MARY GRAD
                                                 Assistant United States Attorney

<u>Order</u>

For the reasons stated in the parties' stipulation, the Court hereby orders that the status conference scheduled for March 2, 2010, is continued to March 30, 2010, at 9:15 a.m.

The Court further finds that defense counsel needs additional time to prepare and that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Therefore, time is excluded from the speedy trial calculation under the Speedy Trial Act from March 2, 2010 until March 30, 2010, pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4.

IT IS SO ORDERED.

DATED: March 1, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT