1  BRUCE LOCKE (#177787)
   Moss & Locke
2  555 University Avenue, Suite 150
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  Attorneys for
   MIGUEL EDUARDO VASQUEZ
5

6              IN THE UNITED STATES DISTRICT COURT

7             FOR THE EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,          )   No.  CR. S-08-212 LKK
                                      )
9             Plaintiff,              )
                                      )   STIPULATION AND
10                                    )   ORDER CONTINUING THE
      v.                              )   STATUS CONFERENCE FROM
11                                    )   MARCH 30, 2010 TO APRIL
   MIGUEL EDUARDO VASQUEZ,            )   13, 2010 AT 9:15 A.M.
12                                    )
              Defendant.              )
13 _____)

14                         Stipulation

15     The defendant by and through his attorney, Bruce Locke, and the United States by and

16 through its attorney, Mary Grad, hereby stipulate that the Status Conference for Miguel Vasquez

17 only currently scheduled for March 30, 2010 at 9:15 a.m., should be continued to April 13, 2010

18 at 9:15 a.m. The reason for the continuance is that the defense needs additional time to consider the

19 government's proposed plea agreement.  Accordingly, time should be excluded from the Speedy

20 Trial Computation pursuant to Local Code T4 from March 30, 2010 to April 13, 2010.  Ms. Grad

21 has authorized Mr. Locke to sign this document for her.

22

23 DATED: March 24, 2010                       /S/  Bruce Locke
                                              BRUCE LOCKE
24                                            Attorney for Miguel Vasquez

                                  1

DATED: March 24, 2010            /S/ Bruce Locke
                                 For MARY GRAD
                                 Assistant United States Attorney

### Order

For the reasons stated in the parties' stipulation, the Court hereby orders that the status conference scheduled for March 30, 2010, is continued to April 13, 2010, at 9:15 a.m.

The Court further finds that defense counsel needs additional time to prepare and that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Therefore, time is excluded from the speedy trial calculation under the Speedy Trial Act from March 30, 2010 until April 13, 2010, pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4.

IT IS SO ORDERED.

DATED: 3/26/2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2