BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
MIGUEL EDUARDO VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.   CR. S-08-212 LKK |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE FROM APRIL 13, 2010 TO JUNE 8, 2010 AT 9:15 A.M. |
| v. | ) | |
| MIGUEL EDUARDO VASQUEZ, | ) | |
| Defendant. | ) | |

<u>Stipulation</u>

The defendant by and through his attorney, Bruce Locke, and the United States by and through its attorney, Mary Grad, hereby stipulate that the Status Conference for Miguel Vasquez only currently scheduled for April 13, 2010 at 9:15 a.m., should be continued to June 8, 2010 at 9:15 a.m. The reason for the continuance is that the defense needs additional time to consider the government's proposed plea agreement.  Accordingly, time should be excluded from the Speedy Trial Computation pursuant to Local Code T4 from April 13, 2010 to June 8, 2010.  Ms. Grad has authorized Mr. Locke to sign this document for her.

DATED: April 8, 2010                                  /S/  Bruce Locke
                                                      BRUCE LOCKE
                                                      Attorney for Miguel Vasquez

1

DATED: April 8, 2010            /S/ Bruce Locke
                                         For MARY GRAD
                                           Assistant United States Attorney

## Order

For the reasons stated in the parties' stipulation, the Court hereby orders that the status conference scheduled for April 13, 2010, is continued to June 8, 2010, at 9:15 a.m.

The Court further finds that defense counsel needs additional time to prepare and that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Therefore, time is excluded from the speedy trial calculation under the Speedy Trial Act from April 13, 2010 until June 8, 2010, pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4.

IT IS SO ORDERED.

DATED: April 13, 2010

                                       LAWRENCE K. KARLTON
                                       SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT