BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
MIGUEL EDUARDO VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.   CR. S-08-212 LKK |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE FROM JUNE 8, 2010 TO JUNE 15, 2010 AT 9:15 A.M. |
| v. | ) | |
| MIGUEL EDUARDO VASQUEZ, | ) | |
| Defendant. | ) | |

<u>Stipulation</u>

The defendant by and through his attorney, Bruce Locke, and the United States by and through its attorney, Mary Grad, hereby stipulate that the Status Conference for Miguel Vasquez only currently scheduled for June 8, 2010 at 9:15 a.m., should be continued to June 15, 2010 at 9:15 a.m. The reason for the continuance is that the defense needs additional time to consider the government's proposed plea agreement. Accordingly, time should be excluded from the Speedy Trial Computation pursuant to Local Code T4 from June 8, 2010 to June 15, 2010. Ms. Grad has authorized Mr. Locke to sign this document for her.

DATED: June 4, 2010                                  /S/  Bruce Locke
                                                     BRUCE LOCKE
                                                     Attorney for Miguel Vasquez

1

DATED: June 4, 2010            /S/ Bruce Locke
                                  For MARY GRAD
                                  Assistant United States Attorney

### Order

For the reasons stated in the parties' stipulation, the Court hereby orders that the status conference scheduled for June 8, 2010, is continued to June 15, 2010, at 9:15 a.m.

The Court further finds that defense counsel needs additional time to prepare and that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Therefore, time is excluded from the speedy trial calculation under the Speedy Trial Act from June 8, 2010 until June 15, 2010, pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4.

IT IS SO ORDERED.

DATED: June 7, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT