IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,    )
                             )   CR. No. S-08-212-LKK
          Plaintiff,         )
                             )
     v.                      )
                             )   TIME EXCLUSION ORDER
MIGUEL VASQUEZ,              )
                             )
          Defendant.         )
_____)
```

    Upon the request of the government and the defendants, the Court continues the next status conference date from July 7, 2010 to August 31, 2010 at 9:15 a.m. Defendant Vasquez is close to resolving his case though entry of plea but needs additional time to confer with his attorney regarding the plea agreements terms. The continuance is necessary for counsel adequately to review the plea offer with the defendant and conduct further investigation if necessary. Thus, the requested continuance is for effective and diligent preparation in this case.

///

///

///

///

1    The Court finds that the interests of justice served by
2 granting this continuance outweigh the best interests of the
3 public and the defendant in a speedy trial.  18 U.S.C. § 3161
4 (h)(7)(B)(iv) (local code T-4) and time, therefore, will be
5 excluded from July 7, 2010 through August 31, 2010.

DATE: July 14, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT