BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
MIGUEL EDUARDO VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.  CR. S-08-212 LKK |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| | ) | ORDER CONTINUING THE |
| v. | ) | STATUS CONFERENCE FROM |
| | ) | AUGUST 31, 2010 TO SEPTEMBER |
| MIGUEL EDUARDO VASQUEZ, | ) | 28, 2010 AT 9:15 A.M. |
| | ) | |
| Defendant. | ) | |

<u>Stipulation</u>

The defendant by and through his attorney, Bruce Locke, and the United States by and through its attorney, Mary Grad, hereby stipulate that the Status Conference for Miguel Vasquez only currently scheduled for August 31, 2010 at 9:15 a.m., should be continued to September 28, 2010 at 9:15 a.m. The reason for the continuance is that the defense needs additional time to consider the government's proposed plea agreement. Accordingly, time should be excluded from the Speedy Trial Computation pursuant to Local Code T4 from June 15, 2010 to June 22, 2010. Ms. Grad has authorized Mr. Locke to sign this document for her.


DATED: August 26, 2010                     /S/  Bruce Locke
                                           BRUCE LOCKE
                                           Attorney for Miguel Vasquez

1

DATED: August 26, 2010          /S/ Bruce Locke
         For MARY GRAD
         Assistant United States Attorney

<u>Order</u>

For the reasons stated in the parties' stipulation, the Court hereby orders that the status conference scheduled for August 31, 2010, is continued to September 28, 2010, at 9:15 a.m.

The Court further finds that defense counsel needs additional time to prepare and that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Therefore, time is excluded from the speedy trial calculation under the Speedy Trial Act from August 31, 2010 until September 28, 2010, pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4.

IT IS SO ORDERED.

DATED: August 26, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT