BENJAMIN B. WAGNER
United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2763

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR.S-08-212 LKK |
| Plaintiff, | |
| v. | TIME EXCLUSION ORDER |
| MIGUEL EDWARDO VASQUEZ, JR., | |
| Defendant. | |

The parties appeared before the Court on October 13, 2010.  The captioned matter was set for jury trial on January 25, 2011, with trial confirmation hearing on January 4, 2011.  The Court also se the matter for further status conference on October 26, 2010 at 9:15 a.m. The defendant has received a plea offer from the government.  The continuance is necessary for counsel to adequately review the plea offer with the defendant prior to entry of pleas, if the matter resolves prior to trial.  The continuance up to the trial date is necessary for preparation of counsel and to join this defendant with the co-defendant, Jesus Avila, whose case is set for trial commencing on January 25, 2011.

1

1     The Court finds that the failure to grant such a continuance
2 would deny the defendant reasonable time for effective and diligent
3 preparation and the interest of justice served by granting this
4 continuance outweighs the best interests of the public and the
5 defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A) and
6 (h)(7)(B)(iv) (local code T-4) and time, therefore, will be excluded
7 from October 13, 2010 through January 25, 2011.

Dated: October 22, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT