BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
MIGUEL EDUARDO VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.  CR. S-08-212 LKK |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE FROM OCTOBER 26, 2010 TO NOVEMBER 2, 2010 AT 9:15 A.M. |
| v. | ) | |
| MIGUEL EDUARDO VASQUEZ, | ) | |
| Defendant. | ) | |

<u>Stipulation</u>

The defendant by and through his attorney, Bruce Locke, and the United States by and through its attorney, Richard Bender, hereby stipulate that the Status Conference for Miguel Vasquez only currently scheduled for October 26, 2010 at 9:15 a.m., should be continued to November 2, 2010 at 9:15 a.m. The reason for the continuance is that the parties are very close to resolving this case without a trial and the government is making a few changes to the Plea Agreement and the defense needs additional time to review the changes with Mr. Vasquez. Assuming that the changes are satisfactory to Mr. Vasquez, he will change his plea on that date. Accordingly, time should be excluded from the Speedy Trial Computation pursuant to Local Code T4 from October 26, 2010 to November 2, 2010.  Mr. Bender has authorized Mr. Locke to sign this document for hem.

DATED: October 21, 2010          /S/  Bruce Locke
                                 BRUCE LOCKE
                                 Attorney for Miguel Vasquez

1

DATED: October 21, 2010               /S/ Bruce Locke
                                      For Richard Bender
                                      Assistant United States Attorney

<u>Order</u>

For the reasons stated in the parties' stipulation, the Court hereby orders that the status conference scheduled for October 26, 2010, is continued to November 2, 2010, at 9:15 a.m.

The Court further finds that defense counsel needs additional time to prepare and that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Therefore, time is excluded from the speedy trial calculation under the Speedy Trial Act from October 26, 2010 until November 2, 2010, pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4.

IT IS SO ORDERED.

DATED: October 22, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT