BRUCE LOCKE (#177787)
Moss & Locke
800 Howe Avenue, Suite 110
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
MIGUEL EDUARDO VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR. S-08-212 LKK |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| | ) | ORDER CONTINUING THE |
| v. | ) | DATE FOR SENTENCING FROM |
| | ) | MAY 17, 2011 TO JUNE 21, 2011 |
| MIGUEL EDUARDO VASQUEZ, | ) | AT 9:15 A.M. |
| | ) | |
| Defendant. | ) | |

<u>Stipulation</u>

The defendant by and through his attorney, Bruce Locke, and the United States by and through its attorney, Richard Bender, hereby stipulate that the date for sentencing for Miguel Vasquez currently scheduled for May 17, 2011 at 9:15 a.m., should be continued to June 21, 2011 at 9:15 a.m. Defense Counsel has received the draft of the Pre-Sentence Report. The reason for the continuance is that Mr. Vasquez is located at the Nevada County Jail, defense counsel's schedule has prevented him from meeting with his client to this date, and defense counsel needs additional time review the Pre-Sentence Report with Mr. Vasquez.

Informal objections to the Draft Pre-Sentence Report shall be file by May 17, 2011. The Pre-Sentence Report shall be filed with the Court by May 31, 2011. Formal Objections shall be filed by June 7, 2011 and Replies or Statements of Non-Objection shall be filed by June 14, 2011.

DATED: April 26, 2011             /S/ Bruce Locke
                                  BRUCE LOCKE
                                  Attorney for Miguel Vasquez

1

DATED: April 26, 2011                                         /S/ Bruce Locke
                                                             For Richard Bender
                                                             Assistant United States Attorney

### Order

For the reasons stated in the parties' stipulation, the Court hereby orders that the date for sentencing is continued from May 17, 2011 to June 21, 2011 at 9:15 a.m., and the schedule for the disclosure of the Pre-Sentence Report is amended as set forth in the stipulation.

IT IS SO ORDERED.

DATED: April 28, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT