BRUCE LOCKE (#177787)
Moss & Locke
800 Howe Avenue, Suite 110
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
MIGUEL EDUARDO VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.   CR. S-08-212 LKK |
| Plaintiff, | ) ) ) | STIPULATION AND |
| v. | ) ) ) | ORDER CONTINUING THE DATE FOR SENTENCING FROM AUGUST 16, 2011 TO AUGUST 23, 2011 |
| MIGUEL EDUARDO VASQUEZ, | ) ) | AT 9:15 A.M. |
| Defendant. | ) ) | |

<u>Stipulation</u>

The defendant by and through his attorney, Bruce Locke, and the United States by and through its attorney, Richard Bender, hereby stipulate that the date for sentencing for Miguel Vasquez currently scheduled for August 16, 2011 at 9:15 a.m., should be continued to August 23, 2011 at 9:15 a.m. The reason for the continuance is that Mr. Vasquez is located at the Nevada County Jail and defense counsel needs additional time to review the Pre-Sentence Report with him.

Formal objections and a motion to correct the PSR shall be file by August 9, 2011. Replies or Statements of Non-Opposition shall be filed by August 16, 2011.


DATED: August 3, 2011                    /S/  Bruce Locke
                                         BRUCE LOCKE
                                         Attorney for Miguel Vasquez

1

DATED: August 3, 2011                              /S/ Bruce Locke
                                                  For Richard Bender
                                                  Assistant United States Attorney

Order

For the reasons stated in the parties' stipulation, the Court hereby orders that the date for sentencing is continued from August 16, 2011 to August 23, 2010, at 9:15 a.m., and the schedule set forth above for objections to the Pre-Sentence Report is hereby adopted.

IT IS SO ORDERED.

DATED: August 4, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT