HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MIGUEL EDWARDO VASQUEZ, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:08-cr-00212 TLN |
|---|---|
| Plaintiff, | **STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| MIGUEL EDWARDO VASQUEZ, JR., | RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE |
| Defendant. | |
| | Judge: The Honorable TROY L. NUNLEY |

Defendant, MIGUEL EDWARDO VASQUEZ, JR., by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On September 7, 2011, this Court sentenced Mr. Vasquez to a total term of 174 months imprisonment, comprised of 174 months on Count 1 of Superseding Indictment (violation of 21 U.S.C. §§ 846 and 841(a)(1)) and 120 months on Count 1 of the Superseding Information (violation of 18 U.S.C. § 1957), to be served concurrently;

3. Mr. Vasquez' total adjusted offense level for both counts was 38, his criminal history category was IV, and the resulting guideline range was 324 to 405 months.  He received a reduction from the low-end of the guideline range on government motion;

4. The sentencing range applicable to Mr. Vasquez was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Vasquez' total offense level has been reduced from 38 to 36, and his amended guideline range is 262 to 327 months.  A reduction comparable to the one he received initially yields a term of 140 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Vasquez' term of imprisonment to a total term of 140 months, comprised of 140 months on Count 1 of the Superseding Indictment and 120 months on Count 1 of the Superseding Information.

Respectfully submitted,

| | |
|---|---|
| Dated:  December 7, 2015 | Dated:   December 7, 2015 |
| BENJAMIN B. WAGNER<br>United States Attorney | HEATHER E. WILLIAMS<br>Federal Defender |
| */s/ Jason Hitt*_____<br>JASON HITT<br>Assistant U.S. Attorney | /s/ *Hannah Labaree*   __<br>HANNAH LABAREE<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Defendant<br>MIGUEL EDWARDO VASQUEZ, JR. |

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Vasquez is entitled to the benefit Amendment 782, which reduces the total offense level from 38 to 36, resulting in an amended guideline range of 262 to 327 months. A reduction comparable to the one he received initially yields a term of 140 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in September 2011 is reduced to a term of 140 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Vasquez shall report to the United States Probation Office within seventy-two hours after his release.

Dated: December 9, 2015

_____
Troy L. Nunley
United States District Judge