AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:08-cr-00212-TLN Document 591 Filed 12/10/15 Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

__EASTERN__ District of __CALIFORNIA__

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No: 2:08CR00212-01 |
| MIGUEL EDWARDO VASQUEZ, JR. | ) |
| | ) USM No: 17787-097 |
| Date of Original Judgment: 09/07/2011 | ) |
| Date of Previous Amended Judgment: | ) Hannah Labaree, Assistant Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __174__ months **is reduced to** __140 months__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __09/15/2011__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: __12/10/2015__

*Judge's signature*

Effective Date: __12/10/2015__      Troy L. Nunley, United States District Court Judge
*(if different from order date)*      *Printed name and title*