UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
January 31, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MIGUEL EDWARDO VASQUEZ, JR.

Defendant.

Case No. 2:08-cr-00212-TLN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release MIGUEL EDWARDO VASQUEZ, JR. Case No. 2:08-cr-00212-TLN Charges 18 USC § 3583 from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

X (Other): Supervised Release conditions as previously imposed and as stated on the record in open court.

Issued at Sacramento, California on January 31, 2020 at 2:00 PM

By: *[signature]*

Magistrate Judge Kendall J. Newman