| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | DOUGLAS J. BEEVERS, # 288639 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorney for Defendant |
| | MIGUEL EDWARDO VASQUEZ, JR. |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:08-cr-00212-TLN-1 |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | ADMIT/DENY HEARING |
| v. | ) | |
| | ) | |
| MIGUEL EDWARDO VASQUEZ, JR., | ) | Date: April 23, 2020 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | Judge: Hon. Troy L. Nunley |
| | ) | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Aaron D. Pennekamp, Assistant United States Attorney, attorneys for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for Miguel Edwardo Vasquez, Jr., that the admit/deny hearing scheduled for April 23, 2020, at 9:30 a.m., be vacated and the matter continued to June 18, 2020, at 9:30 a.m.

///

///

///

///

///

///

Stipulation and Proposed Order to Continue Admit/Deny Hearing

-1-

The reasons for the continuance are those described in General Order Nos. 611 and 612, as well as the fact that—in light of the COVID-19 pandemic, which has delayed defense counsel's investigation attempts—the defense needs more time to investigate the charges alleged in the Probation Violation Petition.

DATED: April 6, 2020

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for MIGUEL EDWARDO VASQUEZ, JR.

DATED: April 6, 2020

MCGREGOR W. SCOTT
United States Attorney

*/s/ Aaron D. Pennekamp*
AARON D. PENNEKAMP
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED that the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS FURTHER ORDERED that the April 23, 2020 admit/deny hearing shall be continued until June 18, 2020, at 9:30 a.m.

DATED: April 6, 2020

Troy L. Nunley
United States District Judge