HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
MIGUEL VASQUEZ JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MIGUEL VASQUEZ JR,<br><br>Defendant. | Case No.  2:08-cr-00212-TLN<br><br>**STIPULATION AND ORDER AMENDING CONDITIONS OF RELEASE** |

## STIPULATION

WHEREAS this Court has required the defendant MIGUEL VASQUEZ JR to abide by certain conditions of pre-violation hearing release, including a condition that "ORDERED the defendant to not operate a motor vehicle," Dkt. No. 675;

WHEREAS the defendant MIGUEL VASQUEZ JR has to date complied with this condition, and his probation officer reports that he has otherwise performed well while on pre-violation hearing release;

WHEREAS, as described below and in the attached document (*see* Exhibit A), the defendant MIGUEL VASQUEZ JR is—as a result of the above-described restriction on the defendant's ability to operate a motor vehicle—having difficulty (a) complying with the state and county social distancing programs imposed in light of the COVID-19 pandemic, and (b) meeting his employer's work expectations;

Stipulation and proposed order amending
 conditions of release

WHEREAS the undersigned parties and the defendant's probation officer would like the defendant MIGUEL VASQUEZ JR to be able to fully comply with this Court's orders while still maintaining employment and practicing social distancing;

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Aaron D. Pennekamp, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas Beevers, attorney for defendant MIGUEL VASQUEZ JR, that the conditions of pre-violation release be modified as follows:

1) The parties stipulate that the conditions of pre-violation hearing release be modified temporarily to allow the defendant MIGUEL VASQUEZ JR to drive his vehicle to and from his place of employment, and to stop for necessary groceries en route to or from his place of employment. The ground for this modification is to enable the defendant to meet his employer's work expectations and to comply with the state and county social distancing programs by not carpooling to or from work and/or to or from the grocery store.

2) The parties also stipulate that the conditions of pre-violation hearing release should be modified temporarily to allow the defendant to move vehicles in the course of his employment at Kustom Kare as instructed by his employer. (*See* Exhibit A). The purpose of this modification is to allow the defendant to maintain his employment during the current COVID-19 pandemic.

These two modifications to the conditions of the defendant's pre-violation hearing release would continue in effect for so long as the state or county have a social distancing order in place. Once those social distancing orders are no longer in effect, the defendant MIGUEL VASQUEZ JR agrees to abide by the previously imposed condition of release, which would again prohibit him from operating any motor vehicles.

Stipulation and proposed order amending
conditions of release

Probation Officer Vladimir Pajcin and Assistant United States Attorney Aaron D. Pennekamp concur with the modified conditions listed above.  All other previously imposed conditions are to remain in effect as ordered.

Dated: April 15, 2020                             Respectfully submitted,

                                                                         HEATHER E. WILLIAMS
                                                                         Federal Defender

                                                                         */s/ Douglas Beevers*
                                                                         DOUGLAS BEEVERS
                                                                         Assistant Federal Defender
                                                                         Attorney for Defendant
                                                                         MIGUEL VASQUEZ JR

Dated: April 15, 2020                             McGregor W. Scott
                                                                         United States Attorney

                                                                         */s/ Aaron D. Pennekamp*
                                                                         AARON D. PENNEKAMP
                                                                         Assistant United States Attorney
                                                                         Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED that Mr. MIGUEL VASQUEZ JR's confinement and curfew conditions are modified as listed above.   All other conditions of release are to remain as previously ordered.

Dated:  April 15, 2020

                                                                         KENDALL J. NEWMAN
                                                                         UNITED STATES MAGISTRATE JUDGE