| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | DOUGLAS J. BEEVERS, # 288639 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA  95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorney for Defendant |
| | MIGUEL EDWARDO VASQUEZ, JR. |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:08-cr-00212-TLN-1 |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| | ) ADMIT/DENY HEARING |
| v. | ) |
| | ) |
| MIGUEL EDWARDO VASQUEZ, JR., | ) Date: June 18, 2020 |
| | ) Time: 9:30 a.m. |
| Defendant. | ) Judge: Hon. Troy L. Nunley |
| | ) |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Aaron D. Pennekamp, Assistant United States Attorney, attorneys for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for Miguel Edwardo Vasquez, Jr., that the admit/deny hearing scheduled for June 18, 2020, at 9:30 a.m., be vacated and the matter continued to July 30, 2020, at 9:30 a.m.

///

///

///

///

///

///

Stipulation and Order to Continue Admit/Deny Hearing          -1-

The reasons for the continuance are those described in General Order Nos. 611, 612, 617, and 618, as well as the fact that—in light of the COVID-19 pandemic, which has delayed defense counsel's investigation attempts—the defense needs more time to investigate the charges alleged in the Probation Violation Petition.

Vasquez is currently out-of-custody and his probation officer reports that he is performing well while on release. Vasquez's probation officer therefore has no objection to continuing the currently scheduled admit/deny hearing, as requested by the parties.

DATED: June 10, 2020

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for MIGUEL EDWARDO VASQUEZ, JR.

DATED: June 10, 2020

MCGREGOR W. SCOTT
United States Attorney

*/s/ Aaron D. Pennekamp*
AARON D. PENNEKAMP
Assistant United States Attorney
Attorney for Plaintiff

Stipulation and Order to Continue Admit/Deny Hearing            -2-

# **O R D E R**

IT IS HEREBY ORDERED that the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS FURTHER ORDERED that the June 18, 2020 admit/deny hearing shall be continued until July 30, 2020, at 9:30 a.m.

DATED:  June 10, 2020

_____
Troy L. Nunley
United States District Judge

Stipulation and Order to Continue Admit/Deny Hearing    -3-