| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
|   | Federal Defender |
| 2 | DOUGLAS J. BEEVERS, # 288639 |
|   | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
|   | Sacramento, CA  95814 |
| 4 | Telephone: (916) 498-5700 |

Attorney for Defendant
MIGUEL EDWARDO VASQUEZ, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:08-cr-00212-TLN-1 |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | ADMIT/DENY HEARING |
| v. | ) | |
| | ) | |
| MIGUEL EDWARDO VASQUEZ, JR., | ) | Date: July 30, 2020 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | Judge: Hon. Troy L. Nunley |
| | ) | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Aaron D. Pennekamp, Assistant United States Attorney, attorneys for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for Miguel Edwardo Vasquez, Jr., that the admit/deny hearing scheduled for July 30, 2020, at 9:30 a.m., be vacated and the matter continued to October 15, 2020, at 9:30 a.m.

///

///

///

///

///

///

Stipulation and Order to Continue Admit/Deny Hearing     -1-

The reasons for the continuance are those described in General Order Nos. 611 and 612, as well as the fact that—in light of the COVID-19 pandemic, which has delayed defense counsel's investigation attempts—the defense needs more time to investigate the charges alleged in the Probation Violation Petition.

DATED: July 24, 2020

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for MIGUEL EDWARDO VASQUEZ, JR.

DATED: July 24, 2020

MCGREGOR W. SCOTT
United States Attorney

*/s/ Aaron D. Pennekamp*
AARON D. PENNEKAMP
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED that the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS FURTHER ORDERED that the July 30, 2020 admit/deny hearing shall be continued until October 15, 2020, at 9:30 a.m.

DATED: July 24, 2020

Troy L. Nunley
United States District Judge