```
MCGREGOR W. SCOTT
United States Attorney
AARON D. PENNEKAMP
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900
```

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>MIGUEL EDWARDO VASQUEZ, JR.,<br><br>          Defendant. | CASE NO. 2:08-CR-00212-TLN-1<br><br>STIPULATION TO CONTINUE HEARING; FINDINGS AND ORDER<br><br>DATE: October 15, 2020<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

## STIPULATION

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Aaron D. Pennekamp, Assistant United States Attorney, attorneys for plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for Miguel Edwardo Vasquez, Jr., that the admit/deny hearing currently scheduled for October 15, 2020 be vacated and the matter continued to November 19, 2020, at 9:30 a.m.

The reasons for the continuance are those described in General Order Nos. 611, 612, 617, and 618, as well as the fact that—in light of the COVID-19 pandemic, which has delayed defense counsel's investigation attempts—the defense needs more time to investigate the charges alleged in the Probation Violation Petition.

Vasquez is currently out-of-custody and his probation officer reports that he has continued to perform well while on release. Vasquez's probation officer therefore has no objection to continuing the

currently scheduled admit/deny hearing, as requested by the parties.

    IT IS SO STIPULATED.

| | |
|---|---|
| Dated: October 13, 2020 | McGREGOR W. SCOTT<br>United States Attorney |
| | /s/ AARON D. PENNEKAMP<br>AARON D. PENNEKAMP<br>Assistant United States Attorney |
| Dated: October 13, 2020 | /s/ DOUG BEEVERS<br>DOUG BEEVERS<br>Counsel for Defendant<br>MIGUEL EDWARDO VASQUEZ, JR. |

### FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 13th day of October, 2020.

_____
Troy L. Nunley
United States District Judge