HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
MIGUEL EDWARDO VASQUEZ, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MIGUEL EDWARDO VASQUEZ, JR., <br><br> Defendant. | Case No. 2:08-cr-00212-TLN-1 <br><br> STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING <br><br> Date: January 28, 2021 <br> Time: 9:30 a.m. <br> Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Aaron D. Pennekamp, Assistant United States Attorney, attorneys for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for Miguel Edwardo Vasquez, Jr., that the admit/deny hearing scheduled for January 28, 2021, at 9:30 a.m., be vacated and the matter continued to February 25, 2021, at 9:30 a.m.

///

///

///

///

///

///

Stipulation and Order to Continue Admit/Deny Hearing               -1-

The reasons for the continuance are those described in General Order Nos. 611 and 612, as well as the fact that—in light of the COVID-19 pandemic, which has delayed defense counsel's investigation attempts—the defense needs more time to investigate the charges alleged in the Probation Violation Petition.

DATED: January 22, 2021

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for MIGUEL EDWARDO VASQUEZ, JR.

DATED: January 22, 2021

MCGREGOR W. SCOTT
United States Attorney

*/s/ Aaron D. Pennekamp*
AARON D. PENNEKAMP
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED that the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS FURTHER ORDERED that the January 28, 2021 admit/deny hearing shall be continued until February 25, 2021, at 9:30 a.m.

DATED: January 25, 2021

Troy L. Nunley
United States District Judge

Stipulation and Order to Continue Admit/Deny Hearing   -3-