Timothy E. Warriner, Bar. No. 166128
Law Office of Timothy E. Warriner
455 Capitol Mall, Suite 802
Sacramento, California 95814
Telephone: (916) 443-7141
tew@warrinerlaw.com

Attorney for Defendant
Miguel Edwardo Vasquez, Jr.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  2:08-cr-00212-TLN |
| Plaintiff, | |
| v. | **AMENDED STIPULATION AND ORDER CONTINUING ADMIT/DENY HEARING** |
| MIGUEL EDWARDO VASQUEZ, JR., | |
| Defendant. | |

It is hereby stipulated by and between the attorney for Mr. Vasquez, Timothy E. Warriner, and the attorney for the government, Mr. Aaron Daniel Pennekamp, AUSA, that the admit/deny hearing presently set for March 25, 2021, be continued to May 6, 2021, at 9:30 a.m.

Based upon the above stipulation it is requested that the court move the admit/deny hearing to May 6, 2021 at 9:30 a.m. The continuance of said hearing is to allow newly retained defense counsel familiarize himself with the case and obtain necessary documents.

Dated:  March 16, 2021

/s/ Timothy E. Warriner
Timothy E. Warriner

Dated:  March 16, 2021

/s/ Aaron Daniel Pennekamp
Aaron Daniel Pennekamp, AUSA
Counsel for the United States

**ORDER**

Based upon the above stipulation of the parties the admit/deny hearing presently scheduled for March 25, 2021 is continued to May 6, 2021 at 9:30 a.m.

Dated:   March 16, 2021

Troy L. Nunley
United States District Judge