Timothy E. Warriner, Bar. No. 166128
Law Office of Timothy E. Warriner
455 Capitol Mall, Suite 802
Sacramento, California 95814
Telephone: (916) 443-7141
tew@warrinerlaw.com

Attorney for Defendant
Miguel Edwardo Vasquez, Jr.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>MIGUEL EDWARDO VASQUEZ, JR.,<br><br>             Defendant. | No.  2:08-cr-00212-TLN<br><br>**STIPULATION AND ORDER CONTINUING ADMIT/DENY HEARING** |

It is hereby stipulated by and between the attorney for Mr. Vasquez, Timothy E. Warriner, and the attorney for the government, Mr. Aaron Daniel Pennekamp, AUSA, that the admit/deny hearing presently set for May 20, 2021, be continued to May 27, 2021, at 9:30 a.m.

Based upon the above stipulation it is requested that the court move the admit/deny hearing to May 27, 2021 at 9:30 a.m.

Dated:  May 13, 2021

                                        /s/ Timothy E. Warriner
                                        Timothy E. Warriner

Dated:  May 13, 2021

                                        /s/ Aaron Daniel Pennekamp
                                        Aaron Daniel Pennekamp, AUSA
                                        Counsel for the United States

1

**ORDER**

Based upon the above stipulation of the parties the admit/deny hearing presently scheduled for May 20, 2021 is continued to May 27, 2021 at 9:30 a.m.

Dated: May 13, 2021

Troy L. Nunley
United States District Judge