1

2

3

4

Timothy E. Warriner, Bar. No. 166128
Law Office of Timothy E. Warriner
455 Capitol Mall, Suite 802
Sacramento, California 95814
Telephone: (916) 443-7141
tew@warrinerlaw.com

5

Attorney for Defendant
Miguel Edwardo Vasquez, Jr.

6

7                           UNITED STATES DISTRICT COURT

8                           EASTERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,              No.  2:08-cr-00212-TLN

11                 Plaintiff,

12          v.                              **STIPULATION AND ORDER RE VIOLATON
                                            PETITION AND MODIFICATION OF TERMS
                                            OF SUPERVSED RELEASE**

13   MIGUEL EDWARDO VASQUEZ, JR.,

14                 Defendant.

15

16          The petition filed January 23, 2020 alleges a violation of supervised release, to wit, a

17   violation of California Vehicle Code section 20001(a), occurring on November 23, 2019 in

18   Sacramento County. On February 26, 2021, upon motion of the District Attorney's Office, the

19   Sacramento County Superior Court dismissed the state prosecution for violating section 20001(a)

20   due to insufficient evidence.

21          It is hereby stipulated by and between the attorney for Mr. Vasquez, Timothy E.

22   Warriner, and the attorney for the government, Mr. Aaron Daniel Pennekamp, AUSA, that the

23   violation petition filed January 23, 2020 be dismissed. It is further stipulated that Mr. Vasquez's

24   terms of supervised release be modified to state that the defendant shall abstain from the use of

25   alcoholic beverages and shall not enter, visit, or be present at those places where alcohol is the

26   chief item of sale. All other conditions of supervision will remain the same. The United States

27   Probation Officer agrees to the modification of the terms of supervision.  In light of this

28

stipulation, Mr. Vasquez waives his right to a hearing concerning the modification, pursuant to

Rule 32.1(c)(2)(A) of the Federal Rules of Criminal Procedure.


Dated:  July 26, 2021

/s/ Timothy E. Warriner
Timothy E. Warriner


Dated:  July 26, 2021

/s/ Aaron Daniel Pennekamp
Aaron Daniel Pennekamp, AUSA
Counsel for the United States


      I agree to the above modification of the terms of my supervision and waive my right to a

hearing pursuant to Rule 32.1(c)(2)(A) of the Federal Rules of Criminal Procedure.

Dated:  July 26, 2021

/s/ Miguel Eduardo Vasquez, Jr.
Miguel Eduardo Vasquez, Jr., Defendant


## ORDER

      Based upon the above stipulation, the court dismisses the petition alleging a violation of

supervised release filed January 23, 2020. The defendant's terms of supervised release are

modified to include the following: the defendant shall abstain from the use of alcoholic

beverages and shall not enter, visit, or be present at those places where alcohol is the chief item

of sale. All other terms remain the same. The court vacates the hearing on the petition set for July

29, 2021.

Dated:  July 27, 2021

Troy L. Nunley
United States District Judge

2